UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,        Case No. 24-CR-124

  vs.

LORI BUTTS,
a/k/a LORI BANYARD

        Defendant.

---

## NOTICE OF APPEARANCE

---

    Please take notice that Nicole Masnica of Gimbel, Reilly, Guerin & Brown LLP has been retained by and appears for Defendant Lori Butts in the captioned matter and requests that copies of all pleadings and notice of all proceedings be served upon her via the PACER electronic filing system.

    Dated this 1th day of July, 2024.

                              Respectfully submitted,

                              GIMBEL, REILLY, GUERIN & BROWN LLP

                              By: *Electronically Signed By Nicole Masnica*
                                  NICOLE MASNICA
                                  State Bar No. 1079819
                                  Email: nmasnica@grgblaw.com
                              Attorneys for Defendant Lori Butts

POST OFFICE ADDRESS:

330 East Kilbourn Avenue, Suite 1170
Milwaukee, Wisconsin 53202
Telephone: 414/271-1440