# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**LORI BUTTS** | **INITIAL APPEARANCE/ARRAIGNMENT AND PLEA MINUTES**<br><br>CASE NUMBER **24-cr-124** |

| | |
|---|---|
| HONORABLE WILLIAM E. DUFFIN, presiding<br>Deputy Clerk: Linda M. Zik<br>Hearing Held: July 26, 2024 at 10:00 a.m. | Court Reporter: Liberty<br>Hearing Began: 10:00 a.m.<br>Hearing Ended: 10:07 a.m. |

**Appearances:**

| | |
|---|---|
| UNITED STATES OF AMERICA by: Carter Stewart<br>Lori Butts, in person, and by: Nicole M. Masnica<br>U.S. PROBATION OFFICE by: Amos Malone<br>INTERPRETER: ☑ None  ☐ Sworn | ☑ RET |

☑ Original Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Misdemeanor  ☑ Felony

| | |
|---|---|
| Speedy Trial Date: October 4, 2024<br>Plea Deadline:<br>Final Pretrial Report<br>Final Pretrial Conf.: TO BE SET<br>Jury Trial Date: TO BE SET<br>Trial Length Estimate: 5 days | District Judge: JP Stadtmueller<br>Bond Judge: William E. Duffin<br>Magistrate Judge: Stephen C. Dries<br>Motions Due: TO BE SET<br>Responses Due: TO BE SET<br>Replies Due: TO BE SET |

| | |
|---|---|
| ☐ Defendant consents to proceed via video<br>☑ Defendant advised of rights<br>☐ Court orders counsel appointed<br>☑ Defendant advised of charges, penalties, and fines<br>☑ Copy of indictment received by defendant<br>  ☑ Indictment read  ☐ defendant waives reading<br>☑ Not guilty plea entered by: ☑ defendant  ☐ the court<br>☑ Expanded discovery policy applies (*See* Order below)<br><br>  Discovery available: early the week of August 5 | ☑ Government to disclose grand jury materials one day prior to trial<br>☐ Oral Motion for Complex Designation<br>  ☐ Granted  ☐ Denied<br>  ☐ Referred to Stephen C. Dries<br>☐ Case designated complex<br>☑ **Counsel Only Tele. Scheduling Conference: July 30, 2024 at 10:30 a.m. before Magistrate Judge Stephen C. Dries 669-254-5252; meeting ID 161 4125 0515; passcode 414014** |

<u>Maximum Penalties:</u>

Counts 1-8: 10 years Imprisonment; $250,000 Fine; 3 years Supervised Release; $100.00 Special Assessment
Counts 9-16: 20 years Imprisonment; $250,000 Fine; 3 years Supervised Release; $100.00 Special Assessment

**IT IS HEREBY ORDERED** that as required by Federal Rule of Criminal Procedure 5(f), the court **ORDERS** that the government must produce all exculpatory information to the defendant(s) as required by *Brady v. Maryland,* 373 U.S. 83 (1963) and its progeny. Failure to comply with this order in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings

**Bond Status:**

Parties have the Pretrial Services Report which recommends release on O/R bond.

GOVT requests a condition be added that defendant not be allowed to make a single non-legal transaction in excess of $5,000.00.

DEFT asks that Pretrial Services be allowed to approve any transaction above $5,000; defendant is in the process of selling her home; there is an escrow agreement with the government

COURT imposes this additional condition:
- Defendant to not spend more than $5,000 in any one transaction subject to the discretion of Pretrial Services related to the sale of her home

☑ Defendant is released on: ☑ O/R bond