# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **COUNSEL ONLY** |
| v. | **STATUS/SCHEDULING CONFERENCE** |
| **LORI BUTTS** | CASE NUMBER **24-CR-124** |

HONORABLE STEPHEN C. DRIES, presiding  Court Reporter: Zoom Audio
Deputy Clerk: Katina Hubacz  Hearing Began: 9:00 AM
Hearing Held: November 22, 2024 at 9:00 AM  Hearing Ended: 9:03 AM

**Appearances:**
UNITED STATES OF AMERICA by: Carter Bryan Stewart
DEFENDANT(S): NOT PRESENT
DEFENSE ATTORNEY(S): Nicole Masnica

- ☐ Oral/Written Motion for Complex Designation
    - ☐ Granted; ☐ Denied
- ☐ Case designated complex
- ☐ Counsel Only Status/Scheduling Conference set for: Date **at AM** via Zoom Audio
- ☒ Court makes a Speedy Trial Finding. The time from today until **January 17, 2025** is excluded under the Speedy Trial Act

Motions due: **January 17, 2025**
Responses due: **January 31, 2025**
Replies due: **February 7, 2025**

DEFENSE:
- Working with private investigator
- Ok to set motions and ask for January dates since have two upcoming trials

GOVT:
- No objection

COURT:
- Sets briefing schedule and makes a Speedy Trial finding