UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    *Plaintiff*,

  v.                                  Case No. 2:24-cr-00124

LORI BUTTS,

    *Defendant.*

---

### DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF DEADLINE TO FILE MOTIONS

---

Defendant Lori Butts, by her counsel, Nicole M. Masnica of Gimbel, Reilly, Guerin & Brown LLP, hereby moves the Court for a modification of the text only order entered on February 24, 2025, to file pre-trial motions, extending the defendant's deadline by one week to <u>March 21, 2025.</u>

An indictment charging Ms. Butts with eight counts of Health Care Fraud and eight counts of Wire Fraud, was issued in this case on June 25, 2024. (Doc. 1). The Court made a speedy trial finding at a counsel-only scheduling conference held on July 30, 2024, which excluded the 60 days between that hearing and the next, which was held on September 24, 2024. (Doc. 7). At the November 22, 2024, counsel-only scheduling conference, the parties appeared and conferred regarding the deadlines for motions, and the Court adopted a scheduling order. (Doc 10).

1

Based upon the unopposed motion of undersigned counsel (Doc 15), the scheduling order was modified to reflect that motions are to be filed by February 28, 2025, responses by March 10, 2025 and replies by March 17, 2025. (15).

The parties have been in communication regarding the privilege log and are in agreement that additional time is required to review documents and discuss whether an evidentiary hearing on the issue is necessary. In addition to the civil jury trial in Waukesha County detailed in the most recent motion for extension, undersigned counsel has been in trial preparations for back-to-back criminal jury trials, the first of which was adjourned on the day it was set to begin, and the second of which is set to begin on Monday, March 3, 2025. Due to undersigned counsel's heavy jury trial schedule, the ability to dedicate time to this matter has been significantly impacted. Associate counsel and legal staff are working diligently to incorporate bates numbers into the completed privilege log for review by the government, however, the sheer number of pages of discovery affected by this matter is in the thousands and is a significant undertaking.

In advance of this motion, undersigned counsel contacted Assistant United States Attorney Carter Stewart to discuss an extension. AUSA Stewart indicated that the government does not object this motion and further requested that undersigned counsel request a new deadline that allows for sufficient time for the government to thoroughly review the privilege log and for necessary discussions to take place following conclusion of undersigned counsel's scheduled jury trial.

2

For these reasons, undersigned counsel believes there is good cause to grant the motion for modification of the established scheduling order to the date listed above.

Dated this 28th day of February, 2025.

                                            Respectfully submitted,

                                            GIMBEL, REILLY, GUERIN & BROWN LLP

                                            By: */s/ Nicole M. Masnica*
                                                 NICOLE M. MASNICA
                                                 State Bar No. 1079819
                                                 Email: nmasnica@grgblaw.com
                                          Attorney for Defendant

POST OFFICE ADDRESS:

330 East Kilbourn Avenue, Suite 1170
Milwaukee, Wisconsin 53202
Telephone: 414/271-1440