# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

       *Plaintiff,*

     v.                        Case No. 2:24-CR-124

LORI BUTTS,

       *Defendant.*

## PRIVILEGE LOG FOR DEFENDANT AND ATTORNEY PAUL KASPROWICZ

Defendant Lori Butts states that the following privileged items have been disclosed to the government by Paul Kasprowicz, in response to the government's subpoena.

| Bates # | Doc. Type | Subject | Date(s) | Author(s) | Recipient(s) | Privilege/ Protection |
|---|---|---|---|---|---|---|
| BUTTS-000081107 | Hand-Written Notes | Hand-Written Notes | | Paul Kasprowicz | | Attorney-Client Privilege; Work Product Doctrine |
| BUTTS-000081108 | Prepared Taxes | For Tax Year 2014 | 6/28/16 | Bruce Michael Redlin CPA, LLC | Internal Revenue Service | Attorney-Client Privilege; Confidential Financial Information |
| BUTTS-000081123 | Community Care Claims Submission Portal | ARP Claim History | Mult. | Community Care, Inc. | Lordan Care AFH, LLC | Work Product Doctrine |
| BUTTS-000081153 | Tax Form 1099-MISC | Miscellaneous Income | | Lordan Care AFH, LLC | Internal Revenue Service | Attorney-Client Privilege; Confidential Financial Information |

| BUTTS-000081157 | Prepared Taxes | For Tax Year 2015 | 6/28/16 | Bruce Michael Redlin CPA, LLC | Internal Revenue Service | Attorney-Client Privilege; Confidential Financial Information |
|---|---|---|---|---|---|---|
| BUTTS-000081174 | Community Care Claims Submission Portal | ARP Claim History | Mult. | Community Care, Inc. | Lordan Care AFH, LLC | Work Product Doctrine |
| BUTTS-000081215 | Prepared Taxes | Lori Banyard 2016 Schedule C Deductible Expenses from BMO Harris Bank Statements & Non-Deductible not otherwise listed | | Paul Kasprowicz? | Internal Revenue Service, | Attorney-Client Privilege; Confidential Financial Information |
| BUTTS-000081226 | Tax Form 1099-MISC | Miscellaneous Income | | Lordan Care AFH, LLC | Internal Revenue Service | Attorney-Client Privilege; Confidential Financial Information |
| BUTTS-000081229 | Community Care Claims Submission Portal | ARP Claim History | Mult. | Community Care, Inc. | Lordan Care AFH, LLC | Work Product Doctrine |
| BUTTS-000081275 | Prepared Taxes | Lori Banyard 2017 Schedule C Deductible Expenses from BMO Harris Bank Statements & Non-Deductible not otherwise listed | | Paul Kasprowicz? | Internal Revenue Service | Attorney-Client Privilege; Confidential Financial Information |
| BUTTS-000081289 | Community Care Claims Submission Portal | ARP Claim History | Mult. | Community Care, Inc. | Lordan Care AFH, LLC | Work Product Doctrine |
| BUTTS-000081348 | Community Care Claims Submission Portal | ARP Claim History | Mult. | Community Care, Inc. | Lordan Care AFH, LLC | Work Product Doctrine |

| BUTTS-000081408 | Community Care Claims Submission Portal | ARP Claim History | Mult. | Community Care, Inc. | Lordan Care AFH, LLC | Work Product Doctrine |
|---|---|---|---|---|---|---|
| BUTTS-000081456 | Employee Handbook Acknowledgement | Employee Handbook Acknowledgement | 4/3/20 | Alexander Walters | Lordan Care AFH, LLC | Work Product Doctrine |
| BUTTS-000081464 | Employee Documents | Response to Caregiver Background Check, Criminal Background Check, Orientation Training Record | 3/24/20, Mult. | Wisconsin Department of Health Services, Wisconsin Department of Justice, Lordan Care AFH, LLC | Lordan Care AFH, LLC | Attorney-Client Privilege; Work Product Doctrine |
| BUTTS-000081472 | Employee Documents | Application for Employment, Criminal Background Check, Response to Caregiver Background Check, Tuberculin Skin Test, AFH TB Skin Test, Service Provider Training Log, Employee Registry, Certificates of Completion, Identification and Social Security Cards, Disciplinary Action Forms, Background Information Disclosure (BID) | 8/18/16, 9/26/16, 8/26/16, 8/13/18, 5/15/17, 9/27/16, 4/30/18, 12/2/16, 5/19/15, 5/27/15, 2/9/15, 9/27/16, 5/26/15, 9/29/16 | Andrea Lamon, Wisconsin Department of Justice, Wisconsin Department of Health Services, Concentra Medical Centers, Lordan Care AFH, LLC, University of Wisconsin – Green Bay, Vernita M. Willis, R.N., Social Security Administration, Wisconsin Department of Transportation, MedLiving Academy | Andrea Lamon, Lordan Care AFH, LLC, | Attorney-Client Privilege, Confidential Financial Information |

| BUTTS-000081504 | Employee Documents | Job Application, Background Information Disclosure (BID) | 12/30/16, 1/25/21 | Andrea Moore | Lordan Care AFH, LLC, Wisconsin Department of Health Services | Attorney-Client Privilege |
|---|---|---|---|---|---|---|
| BUTTS-000081514 | Employee Documents | Job Application, Background Information Disclosure (BID) | 11/13/20 | Aureonanna Ezell | Lordan Care AFH, LLC, Wisconsin Department of Health Services | Attorney-Client Privilege |
| BUTTS-000081520 | Employee Documents | Job Application, Background Information Disclosure (BID), Orientation Training Record, Criminal Background Check, Response to Caregiver Background Check, Tuberculin Skin Test Results, Job Description, Employee Registry | 8/26/18, 6/20/18, 9/28/18, 9/26/18, 10/2/18 | Brittany Klitzka, Lordan Care AFH, LLC, Wisconsin Department of Justice, Concentra Medical Centers, University of Wisconsin – Green Bay | Lordan Care AFH, LLC, Wisconsin Department of Health Services | Attorney-Client Privilege, Work Product Doctrine |
| BUTTS-000081569 | Accountant Documents | Itemized Bill, Scope of Engagement Letters | 6/28/16 | Bruce Michael Redlin CPA, LLC | Lori Butts (aka Lori Banyard) | Attorney-Client Privilege, Work Product Doctrine |
| BUTTS-000081572 | Employee Documents | Job Application, Background Information Disclosure (BID), Orientation Training Record, Employee Handbook | 3/29/21, | Chanelle Robson-Martin, Lordan Care, AFH, LLC | Lordan Care AFH, LLC, Wisconsin Department of Health Services | Attorney-Client Privilege |

| BUTTS-000081585 | Employee Documents | Job Application, Background Information Disclosure (BID) | 5/24/21, 5/27/21 | Chardnay Henry | Lordan Care AFH, LLC, Wisconsin Department of Health Services | Attorney-Client Privilege |
|---|---|---|---|---|---|---|
| BUTTS-000081595 | Employee Documents | Job Application, Job Description, Probationary Driver License, Social Security Card, Tuberculosis and Communicable Disease Screening, Service Provider Training Log, Employee Registry, Certificates of Completion, Response to Caregiver Background Check, Background Information Disclosure (BID) | 8/19/16, 6/21/16, 3/21-23/16, 3/12/14, 2/26-27/14, 3/12/14, 3/20/14, 3/13/14, 3/11/14, 3/21-23/14, 9/6/16, 9/4/16, 9/5/16 | Charlotte Frazier, Lordan Care AFH, LLC, Wisconsin Department of Transportation, Social Security Administration, Jefferson Crest, University of Wisconsin – Green Bay, Standard of Excellence Training Center, Wisconsin Department of Health Services, State of Wisconsin Department of Justice | Lordan Care AFH, LLC, Charlotte Frazier | Attorney-Client Privilege |
| BUTTS-000081622 | Checks | BMO Harris Bank Checks | Mult. | Lordan Care AFH, LLC | Mult. | Attorney-Client Privilege; Confidential Financial Information |
| BUTTS-000081646 | Checks | BMO Harris Bank Checks | Mult. | Lordan Care AFH, LLC | Mult. | Attorney-Client Privilege; Confidential Financial Information |

| BUTTS-000081646 | Checks | BMO Harris Bank Checks | Mult. | Lordan Care AFH, LLC | Mult. | Confidential Financial Information |
| --- | --- | --- | --- | --- | --- | --- |
| BUTTS-000081681 | Checks | BMO Harris Bank Checks | Mult. | Lordan Care AFH, LLC | Mult. | Confidential Financial Information |
| BUTTS-000081721 | Checks | BMO Harris Bank Checks | Mult. | Lordan Care AFH, LLC | Mult. | Confidential Financial Information |
| BUTTS-000081761 | Employee Documents | Job Application, Background Information Disclosure (BID) | 4/28/21, | Christopher Thompson | Lordan Care AFH, LLC, Wisconsin Department of Health Services | Attorney-Client Privilege; Work Product Doctrine |
| BUTTS-000081771 | Corporate Bylaws | Corporate Bylaws of Lordan Care Adult Family Home LLC, Articles of Organization – Limited Liability Company | 1/20/19, 3/17/10 | Lordan Care AFH LLC, Wisconsin Department of Financial Institutions | Lordan Care AFH, LLC | Attorney-Client Privilege; Work Product Doctrine |

| BUTTS-000081783 | Employee Documents | Correspondence, Certificate of Completion, Orientation Training Record, Employee Registry, Understanding and Caring for the Diabetic Client, Job Description, TB Skin Test, Tuberculosis Skin Testing Consent & Record, Tuberculosis and Communicable Disease Screening, Response to Caregiver Background Check, Background Information Disclosure (BID), Instruction Permit, Employment | 10/13/16, 10/4/16, 9/5/16, 9/6/16, 11/25/14, 11/30/16, 4/26/14, 2/?/14, 3/14/14, 11/13/17, 9/16/15, 10/14/15, | The American Red Cross, MedLiving Academy, Lordan Care AFH, LLC, Jennifer Anderson, R.N., University of Wisconsin – Milwaukee, Wisconsin Department of Justice, Wisconsin Department of Health Services, Wisconsin Department of Transportation | Crystal Lee, Lordan Care AFH, LLC, Wisconsin Department of Health Services | Attorney-Client Privilege; Work Product Doctrine |
|---|---|---|---|---|---|---|
| BUTTS-000081813 | Employee Documents | Job Application, Background Information Disclosure (BID), Hand-Written Notes, Behavior Tracking Tool, Orientation Training Record, Job Description, Employee Handbook Acknowledgement | 5/14/21, 5/3/21 | D'Andre Harris, Wisconsin Department of Health Services, Lordan Care, AFH, LLC, University of Wisconsin – Green Bay | Lordan Care AFH, LLC, Wisconsin Department of Health Services | Attorney-Client Privilege; Work Product Doctrine |
| BUTTS-000081833 | Employee Documents | Tuberculin Skin Test, Physical Examination Results, Orientation Training Record, Employee Handbook Acknowledgement, Employee Registry | 4/8/19, 12/7/19, 1/8/20 | Concentra Medical Centers, Dr. Sumit Verma, M.D., Lordan Care, AFH LLC | Lordan Care, AFH LLC | Attorney-Client Privilege; Work Product Doctrine |

| BUTTS-000081838 | Employee Documents | Job Application, Background Check, Response to Caregiver Background Check, Background Information Disclosure (BID), Job Description | 6/20/18, 6/20/17 | Dajhi Banyard, Wisconsin Department of Justice, Wisconsin Department of Health Services, Lordan Care AFH, LLC | Lordan Care AFH, LLC, Dajhi Banyard, Wisconsin Department of Health Services | Attorney-Client Privilege; Work Product Doctrine |
|---|---|---|---|---|---|---|
| BUTTS-000081868 | Employee Documents | Job Application, Employee Registry, Job Description, Background Information Disclosure (BID), | 12/3/20, 12/4/20, 7/26/21, 7/27/21 | Danzel Johnson, Concentra Medical Centers, University of Wisconsin – Green Bay, Lordan Care AFH, LLC | Lordan Care AFH, LLC, Wisconsin Department of Health Services | Attorney-Client Privilege; Work Product Doctrine |
| BUTTS-000081879 | Employee Documents | Job Application, Background Information Disclosure (BID) | | DeMario McCall | Lordan Care AFH, LLC, Wisconsin Department of Health Services | Attorney-Client Privilege; Work Product Doctrine |
| BUTTS-000081888 | Job Application | Job Application | 9/20/18, | Desi Talley Jr. | Lordan Care AFH, LLC | Attorney-Client Privilege; Work Product Doctrine |

| BUTTS-000081894 | Employee Documents | Job Application, Background Check, Response to Caregiver Background Check, TB Skin Test, Tuberculin Skin Test Results, Job Description, Service Provider Training Log, Employee Registry, Orientation Training Record | 7/20/18, 7/25/18, 10/8/19, 10/4/19, 8/8/18 | Destiny Flores, Wisconsin Department of Justice, Wisconsin Department of Health Services, Lordan Care AFH, LLC, Concentra Medical Centers, University of Wisconsin – Green Bay | Lordan Care AFH, LLC, Destiny Flores | Attorney-Client Privilege; Work Product Doctrine |
| BUTTS-000081915 | Employee Documents | Job Application, Background Information Disclosure (BID), Background Check, Response to Caregiver Background Check, TB Skin Test, Tuberculin Skin Test Results, Job Description, Service Provider Training Log, Employee Registry, Orientation Training Record | 7/20/18, 7/25/18, 10/8/19, 10/4/19 | Destiny Flores, Wisconsin Department of Health Services, Wisconsin Department of Justice, Lordan Care AFH, LLC, Concentra Medical Centers, University of Wisconsin – Green Bay | Lordan Care AFH, LLC, Destiny Flores, Wisconsin Department of Health Services | Attorney-Client Privilege; Work Product Doctrine |

| BUTTS-000081939 | Employee Documents | Background Information Disclosure (BID), Orientation Training Record, Service Provider Training Log, Tuberculosis and Communicable Disease Screening, Tuberculosis Skin Test Documentation Form, Response to Caregiver Background Check, Background Check, Identification Card, Social Security Card, Application for Employment, Job Description | 9/26/16, 9/27/16, 2/11/16, 9/21/16, 9/30/16, 9/19/16 | Wisconsin Department of Health Services, Lordan Care AFH, LLC, Employee Registry, St. Clare Terrace, Wisconsin Department of Justice, Wisconsin Department of Transportation, Social Security Administration, Destiny Williams | Lordan Care AFH, LLC, Destiny Williams, Wisconsin Department of Health Services | Attorney-Client Privilege; Work Product Doctrine |
|---|---|---|---|---|---|---|
| BUTTS-000081960 | Employee Documents | Job Application, Employee Handbook Acknowledgement, Job Description | 1/7/21 | Ebony Williams, Lordan Care AFH, LLC | Lordan Care AFH, LLC, Ebony Williams | Attorney-Client Privilege; Work Product Doctrine |
| BUTTS-000081970 | Member/Resident Documents | Prescription Change Information, Medication Change Form, New Prescription Form, Specimen Information | 9/8/13, 8/6/13 | Prescriptions Plus, Lordan Care AFH, LLC/Kwanish Ward, Surescripts/Dr. Raymond J. Kloss, M.D. | Lordan Care AFH, LLC | Attorney-Client Privilege; Work Product Doctrine |
| BUTTS-000081978 | Employee Earnings Records | Employee Earnings Records | Mult. | Paychex, Inc. | Lordan Care AFH, LLC | Attorney-Client Privilege; Work Product Doctrine |

| BUTTS-000081998 | Employee Earnings Record | Employee Earnings Records | Mult. | Paychex, Inc. | Lordan Care AFH, LLC | Attorney-Client Privilege; Confidential Financial Information |
|---|---|---|---|---|---|---|
| BUTTS-000081999 | Employee Documents | Tuberculin Skin Test Results, Service Provider Training Log, Employee Registry | 3/8/18, 4/27/18 | Concentra Medical Centers, Lordan Care AFH, LLC, University of Wisconsin – Green Bay | Lordan Care AFH, LLC, Erthy Williams | Attorney-Client Privilege; Confidential Financial Information |

| BUTTS-000082002 | Tax Documents | Legal & Professional – Schedule C Line 17, Supplies – Schedule C Line 22, Utilities – Schedule C Line 25, Other (Non-Food Related) – Schedule C Line 27, Other (Food Related) – Schedule C Line 27, Insurance – Schedule C Line 15, Taxes & Licenses – Schedule C Line 23, Rents – Schedule C Line 20, Legal and Professional – Line 17, Supplies – Line 22, Repair & Maintenance – Line 21, Taxes and Licenses – Line 23, Utilities – Line 25, Other Expenses – Line 27 (Non-Food Related), Other Expenses – Line 27 (Food Related), Lordan Care, Number of Residents by Year 2014-2017 per Community Care Claims Submissions Portal Records, Insurance Expense – Schedule C Line 15 | Mult., 11/7/18 | (Paul Kasprowicz?), T-Mobile | Lordan Care AFH, LLC, Internal Revenue Service, Attorney Robert Teuber? | Attorney-Client Privilege; Confidential Financial Information |

| BUTTS-000082041 | Employee Documents | Tax Form W-4, TB Skin Test, Employee Registry, Tuberculin Skin Test Results, Job Description, Service Provider Training Log | 5/17/19, 6/27/19, 5/3/19, 6/5/19, 5/6/19, 5/17/19 | George Reel, Concentra Medical Centers, University of Wisconsin – Green Bay, Lordan Care AFH, LLC | Internal Revenue Service, Lordan Care AFH, LLC | Attorney-Client Privilege; Confidential Financial Information |
|---|---|---|---|---|---|---|
| BUTTS-000082049 | Employee Documents | Job Application, Background Information Disclosure (BID), Background Check, Response to Caregiver Background Check | 4/26/19, 4/30/19 | George Reel, Wisconsin Department of Health Services, Wisconsin Department of Justice | Lordan Care AFH, LLC, Wisconsin Department of Health Services, Wisconsin Department of Health Services | Attorney-Client Privilege; Confidential Financial Information |
| BUTTS-000082089 | Employee Documents | Resume, Hand-Written Notes, Social Security Card, Driver License, First Aid Certificate, Department of Health Services Wisconsin Nurse Aide Registry, TB Screening Form, Certificates of Completion, Response to Caregiver Background Check | 2/28/07, 6/26/90, 3/23/15, 10/?/1998, 2/19/2007, 11/?/1998, 10/7/1998, 4/8/08, 7/23/10, 9/16/15 | Gertrude Bond, Lordan Care AFH, LLC, Social Security Administration, Wisconsin Department of Transportation, Wisconsin Department of Health Services, Aurora Health Care, The Village at Manor Park, Phoenix Care Systems, Inc., New Health Services, Heartland, Wisconsin Justice | Lordan Care AFH, LLC, Gertrude Bond | Attorney-Client Privilege; Confidential Financial Information |

| BUTTS-000082109 | Employee Documents | Job Application, Background Information Disclosure (BID), Response to Caregiver Background Check, Tuberculin/Mantoux Skin Test, Job Description, Orientation Training Record, Service Provider Training Log, Employee Registry | 6/13/18, 6/20/18, 4/4/18, 6/26/18, 7/2/18 | Glenise Jones, Wisconsin Department of Health Services, Laureate Group Companies, Lordan Care AFH, LLC, University of Wisconsin – Green Bay | Lordan Care AFH, LLC, Glenise Jones, Wisconsin Department of Health Services | Attorney-Client Privilege |
|---|---|---|---|---|---|---|
| BUTTS-000082129 | Employee Documents | Job Application, Background Information Disclosure (BID), Background Check, Tuberculin Skin Test Results, Employee Handbook Acknowledgement, Employee Registry, Service Provider Training Log, Orientation Training Record | 7/9/19, 7/18/19, 6/3/19, 7/25/19, 7/28/19 | Ikeya Turnbull, Wisconsin Department of Justice, Lordan Care AFH, University of Wisconsin – Green Bay | Lordan Care AFH, LLC, Ikeya Turnbull, Wisconsin Department of Health Services | Attorney-Client Privilege; Work Product Doctrine |
| BUTTS-000082155 | Employee Documents | Job Application, Background Information Disclosure (BID), Background Check, Job Description, Service Provider Training Log, Employee Registry, Orientation Training Record | 6/13/18, 8/8/18 | Imon Williams, Wisconsin Department of Justice, Lordan Care AFH, LLC, University of Wisconsin – Green Bay | Lordan Care AFH, LLC, Imon Williams, Wisconsin Department of Health Services | Attorney-Client Privilege; Work Product Doctrine |

| BUTTS-000082172 | Fax Transmissions | Correspondence, Schedules of Adjustments | 1/30/20 | Phillip Dunn/Internal Revenue Service | Attorney Robert Teuber | Attorney-Client Privilege; Work Product Doctrine |
|---|---|---|---|---|---|---|
| BUTTS-000082184 | Employee Documents | Job Application, Job Description, Employee Handbook Acknowledgement | 8/26/20 | Jackyha Collins, Lordan Care AFH, LLC | Jackyha Collins, Lordan Care AFH, LLC | Attorney-Client Privilege; Work Product Doctrine |
| BUTTS-000082191 | Employee Documents | Background Check, Response to Caregiver Background Check, Orientation Training Record | 8/12/20 | Wisconsin Department of Justice, Wisconsin Department of Health Services, Lordan Care AFH, LLC | Lordan Care AFH, LLC | Attorney-Client Privilege; Work Product Doctrine |
| BUTTS-000082203 | Employee Documents | Job Application, Background Information Disclosure (BID), Response to Caregiver Background Check, TB Skin Test, Job Description, Employee Registry, Service Provider Training Log, Orientation Training Record, Employee Handbook Acknowledgement, Tax Form W-4 | 6/2/19, 6/3/19, 10/7/19, 6/5/19, 6/11/19 | Jai-Monet Talley, Wisconsin Department of Justice, Wisconsin Department of Health Services, Lordan Care AFH, LLC | Lordan Care AFH, LLC, Jai-Monet Talley, Wisconsin Department of Health Services | Attorney-Client Privilege; Work Product Doctrine |
| BUTTS-000082227 | Employee Documents | Job Application, TB Screening Result | 1/18/21, 1/22/21 | Jalisa Martin, Concentra Medical Centers | Lordan Care AFH, LLC, Jalisa Martin | Attorney-Client Privilege; Work Product Doctrine |

| BUTTS-000082232 | Employee Documents | Job Application, Background Information Disclosure (BID), Response to Caregiver Background Check, Criminal Background Check, Job Description, TB Skin Test, Mantoux Tuberculin Skin Test, Orientation Training Record, Employee Registry, Service Provider Training Log | 6/25/18, 8/9/18, 7/7/18, 10/4/19, 6/21/18 | Corsica James, Wisconsin Department of Health Services, Wisconsin Department of Justice, Lordan Care AFH, LLC, Urgi Med Walk In Medical Clinic | Lordan Care AFH, LLC, Corsica James, Wisconsin Department of Health Services | Attorney-Client Privilege |
|---|---|---|---|---|---|---|
| BUTTS-000082266 | Employee Documents | Job Application, Background Information Disclosure (BID), TB Skin Test, Response to Caregiver Background Check, Job Description, Orientation Training Record, Service Provider Training Log | 8/9/18, 8/5/18, 8/10/18 | Jamil Brown, Wisconsin Department of Health Services, Lordan Care AFH, LLC, Wisconsin Department of Justice | Lordan Care AFH, LLC, Jamil Brown, Wisconsin Department of Health Services | Attorney-Client Privilege |
| BUTTS-000082293 | Employee Documents | Job Application, Background Information Disclosure (BID), Employee Registry | 5/11/18, 6/14/17, 4/17/18 | Jamira Gregory, University of Wisconsin – Green Bay | Lordan Care AFH, LLC, Wisconsin Department of Health Services | Attorney-Client Privilege |
| BUTTS-000082307 | Job Application | Job Application | 2/27/17 | Jarmaine Jones | Lordan Care AFH, LLC | Attorney-Client Privilege |

| BUTTS-000082313 | Employee Documents | Job Application, Background Information Disclosure (BID), Background Check, Response to Caregiver Background Check, TB Screening Form, Job Description, Random Drug Testing Policy | 7/12/17, 7/13/17, 7/17/17 | Jasmin Solomon, Wisconsin Department of Justice, Wisconsin Department of Health Services, Aurora Health Care, Lordan Care AFH, LLC | Lordan Care AFH, LLC, Wisconsin Department of Health Services, Jasmin Solomon | Attorney-Client Privilege |
|---|---|---|---|---|---|---|
| BUTTS-000082336 | Employee Documents | Job Application, Tuberculin Skin Test Results, Non-Injury Work Status Report, Background Information Disclosure (BID), Criminal Background Check, Response to Caregiver Background Check, Job Description, Orientation Training Record, Service Provider Training Log, Employee Registry | 8/6/18, 10/1/18, 9/28/18, 8/9/18, 8/11/18, 10/9/18 | Jeroham Marquez, Concentra Medical Centers, Wisconsin Department of Justice, Wisconsin Department of Health Services, Lordan Care AFH, University of Wisconsin – Green Bay | Lordan Care AFH, LLC, Jeroham Marquez, Wisconsin Department of Health Services | Attorney-Client Privilege |
| BUTTS-000082361 | Employee Documents | Job Application, Background Information Disclosure (BID), TB Skin Test, Tuberculin Skin Test Results, Job Description, Orientation Training Record, Service Provider Training Log | 2/13/18, 8/9/18, 10/8/19, 10/4/19, 6/14/18, 6/12/18 | Jetzenia Medina, Wisconsin Department of Justice, Lordan Care AFH, LLC, Concentra Medical Centers | Lordan Care AFH, LLC, Wisconsin Department of Health Services, Jetzenia Medina | Attorney-Client Privilege |

| BUTTS-000082392 | Employee Documents | Job Application, Response to Caregiver Background Check, Background Check, Employee Registry, Background Information Disclosure (BID), Orientation Training Record | 10/29/18, 10/31/18, 11/9/18 | Jordan Silas, Wisconsin Department of Health Services, Wisconsin Department of Justice, Lordan Care AFH, LLC | Lordan Care AFH, LLC, Wisconsin Department of Health Services | Attorney-Client Privilege |
|---|---|---|---|---|---|---|
| BUTTS-000082410 | Employee Documents | Job Application, Background Information Disclosure (BID), Response to Caregiver Background Check, Job Description, TB Skin Test, Physical Examination and Test Results, Medical History and Physical Examination, Employee Registry, Service Provider Training Log, Orientation Training Log | 5/24/18, 6/20/18, 10/16/19, 5/21/18 | Joyce Smith, Wisconsin Department of Justice, Wisconsin Department of Health Services, Lordan Care AFH, LLC, Aurora Health Care, University of Wisconsin – Green Bay | Lordan Care AFH, LLC, Wisconsin Department of Health Services, Joyce Smith | Attorney-Client Privilege |
| BUTTS-000082443 | Employee Documents | Job Application, Resume, Job Description, Employee Handbook Acknowledge, Background Information Disclosure (BID) | 3/24/20, 4/3/20 | Joyce Williams, Lordan Care AFH, LLC | Lordan Care AFH, LLC, Joyce Williams, Wisconsin Department of Health Services | Attorney-Client Privilege |

| BUTTS-000082458 | Employee Documents | Job Application, Background Check, Response to Caregiver Background Check, Staff Health Report, Job Description, Service Provider Training Log, Employee Registry, Orientation Training Record, Certificates of Completion | 5/10/18, 5/14/18, 5/11/18, 3/31/18, 5/15/18, 5/14/18, 3/2/18 | Kapresha Edwards, Wisconsin Department of Justice, Department of Health Services, Lordan Care AFH, LLC, University of Wisconsin – Green Bay, STAT Training Institute | Lordan Care AFH, LLC, Wisconsin Department of Health Services, Kapresha Edwards | Attorney-Client Privilege |
|---|---|---|---|---|---|---|
| BUTTS-000082495 | Employee Documents | Job Application, Employee Registry, Service Provider Training Log, Orientation Training Record, Employee Handbook Acknowledgement, Job Description, TB Skin Test, TB Skin Test Correspondence, Background Check, Response to Caregiver Background Check, Background Information Disclosure (BID) | 5/26/19, 6/27/19, 6/19/19, 6/3/19, 5/26/19 | Kiante Hampton, University of Wisconsin – Green Bay, Lordan Care AFH, LLC, Aurora Health Care, Wisconsin Department of Justice, Wisconsin Department of Health Services | Lordan Care AFH, LLC, Kiante Hampton, Wisconsin Department of Health Services | Attorney-Client Privilege |

| BUTTS-000082519 | Employee Documents | Job Application, Background Check, Background Information Disclosure (BID), Tuberculin Skin Test Results, Job Description, Employee Registry, Service Provider Training Log, Orientation Training Record, Employee Handbook Acknowledgement, Employee Attendance Policy | 9/1/19, 9/10/19, 7/3/19, 9/6/19, 9/4/19, 12/1/18 | Kimani Lee Robinson, Wisconsin Department of Justice, Concentra Medical Centers, University of Wisconsin – Green Bay, Lordan Care AFH, LLC | Lordan Care AFH, LLC, Wisconsin Department of Health Services, Kimani Lee Robinson | Attorney-Client Privilege |
|---|---|---|---|---|---|---|
| BUTTS-000082559 | Employee Documents | Job Application, Background Information Disclosure (BID) | 8/29/18 | Kizzy Holt | Lordan Care AFH, LLC, Wisconsin Department of Health Services | Attorney-Client Privilege |
| BUTTS-000082568 | Employee Documents | Job Application, Background Information Disclosure (BID) | 2/16/21 | Kymbrian Cobbs | Lordan Care AFH, LLC, Wisconsin Department of Health Services | Attorney-Client Privilege |
| BUTTS-000082578 | Job Application | Job Application | 1/13/20 | Ladajsha King | Lordan Care AFH, LLC | Attorney-Client Privilege |
| BUTTS-000082583 | Job Application | Job Application | 10/13/19 | Laporcha Taylor | Lordan Care AFH, LLC | Attorney-Client Privilege |
| BUTTS-000082589 | Bank Documents | State Levy Against Lordan Care Adult Family Home, LLC. Plus $40 Fee | 3/8/21 | Waukesha State Bank | Lordan Care AFH, LLC | Attorney-Client Privilege; Confidential Financial Information |

| BUTTS-000082590 | Employee Documents | Hand-Written Notes, Job Description, TB Skin Test, Tuberculin Skin Test Results, Employee Registry, Certificates of Completion, Service Provider Training Log, Orientation Training Log, Job Application, Background Check, Background Information Disclosure (BID), Response to Caregiver Background Check, Social Security Card, Driver License | 8/7/17, 10/16/16, 7/20/18, 7/28/17, 8/21/17, 12/6/16, 11/30/16, 10/16/16, 10/15/16, 6/20/17 | Lori Butts, Lordan Care AFH, LLC, Concentra Medical Centers, University of Wisconsin – Green Bay, MedLiving Academy, Lizbeth Mojica, Wisconsin Department of Justice, Wisconsin Department of Health Services, Social Security Administration, Wisconsin Department of Transportation | Lizbeth Mojica, Lordan Care AFH, LLC, Wisconsin Department of Health Services | Attorney-Client Privilege; Work Product Doctrine |
|---|---|---|---|---|---|---|
| BUTTS-000082636 | Employee Documents | Job Application, Background Information Disclosure (BID), Job Description, Employee Handbook Acknowledgement, Orientation Training Record | | Lorenzo Lottie, Lordan Care AFH, LLC | Lordan Care AFH, LLC, Wisconsin Department of Health Services, Lorenzo Lottie | Attorney-Client Privilege; Work Product Doctrine |

| BUTTS-000082650 | Employee Documents | Job Application, Background Check, Response to Caregiver Background Check, TB Test, Service Provider Training Record, Orientation Training Record, Employee Registry, Background Information Disclosure (BID) | 8/20/19, 8/26/19, 6/10/19, 8/29/19, 9/29/19 | Malik Nichols-Berry, Wisconsin Department of Justice, Lordan Care AFH, LLC | Lordan Care AFH, LLC, Malik Nichols-Berry, Wisconsin Department of Health Services | Attorney-Client Privilege; Work Product Doctrine |
|---|---|---|---|---|---|---|
| BUTTS-000082670 | Employee Documents | Job Application, Tuberculosis and Communicable Disease Screening Form, Employee Physical Form | 3/9/18, 3/15/18, | Maritza Pica, Procare Medical Group | Lordan Care AFH, LLC, Maritza Pica | Attorney-Client Privilege; Work Product Doctrine |
| BUTTS-000082677 | Employee Documents | Job Application, Background Information Disclosure (BID), Background Check, Employee Registry, Service Provider Training Log, Orientation Training Record, Job Description | 4/25/19, 5/16/19 | Markayla Nelson-Clayton, Wisconsin Department of Justice, University of Wisconsin – Green Bay, Lordan Care AFH, LLC | Lordan Care AFH, LLC, Wisconsin Department of Health Services, Markayla Nelson-Clayton | Attorney-Client Privilege; Work Product Doctrine |
| BUTTS-000082705 | Employee Documents | Job Applications, Background Check, Response to Caregiver Background Check, Background Information Disclosure (BID), Tuberculosis & Communicable Disease Screening, Job Description, Employee Registry, Service Provider Training Log, Orientation Training Record | 10/2/19, 12/5/18, 10/7/19, 6/2/19 | Marquel Burnett-Dixon, Wisconsin Department of Justice, Wisconsin Department of Health Services, Absolute Home Care LLC, University of Wisconsin – Green Bay, Jai-Monet Talley | Lordan Care AFH, LLC, Wisconsin Department of Health Services, Marquel Burnett-Dixon | Attorney-Client Privilege; Work Product Doctrine |

| BUTTS-000082731 | Employee Documents | Job Application, Background Information Disclosure (BID), Employee Registry, Job Description, Service Provider Training Log, Orientation Training Record | 4/25/19, 5/16/19 | Maurina Hudson, University of Wisconsin – Green Bay, Lordan Care AFH, LLC | Lordan Care AFH, LLC, Wisconsin Department of Health Services, Maurina Hudson | Attorney-Client Privilege; Work Product Doctrine |
|---|---|---|---|---|---|---|
| BUTTS-000082746 | Employee Documents | Job Application, Background Information Disclosure (BID), Background Check, Response to Caregiver Background Check, Orientation Training Record, Employee Handbook Acknowledgement, Employee Attendance Policy, Employee Registry, Service Provider Training Log, Job Description | 11/10/19, 11/5/19, 11/13/19, 12/1/18, 1/8/20 | Michael Morgan, Wisconsin Department of Justice, Wisconsin Department of Health Services, Lordan Care AFH, LLC, University of Wisconsin – Green Bay | Lordan Care AFH, LLC, Wisconsin Department of Health Services, Michael Morgan | Attorney-Client Privilege; Work Product Doctrine |
| BUTTS-000082770 | Employee Documents | Job Applications, Employee Registry, Job Description | 7/23/19, 7/16/18, 8/23/17, 12/7/19 | Lashunda Kirby, Tadashia Jones, University of Wisconsin – Green Bay | Lordan Care AFH, LLC | Attorney-Client Privilege |
| BUTTS-000082776 | Notes, Policies, Correspondence | Hand-Written Notes, 2nd Shift Duties, Correspondence | 1/8/20, 1/5/20 | Paul Kasprowicz, Lordan Care AFH, LLC, Attorney Robert Teuber | Lordan Care AFH, LLC, Lori Butts (aka Lori Banyard), Attorney Robert Teuber | Attorney-Client Privilege; Work Product Doctrine |

| BUTTS-000082781 | Fax | Fax Cover Sheet, Incident Report Form, Staff Policies | 3/7/17 | Andrea Stubbe, Helen Mole | Lordan Care AFH, LLC | Attorney-Client Privilege |
|---|---|---|---|---|---|---|
| BUTTS-000082788 | Employee Documents | Job Application, Background Information Disclosure, Response to Caregiver Background Check, Background Check, Certificates of Completion, Service Provider Training Log, Orientation Training Record, Employee Registry, Tuberculosis and Communicable Disease Screening, TB Skin Test, Tuberculin Skin Test Results, Employee Physical Form, Physical Examination Results, Non-Injury Work Status Report | 4/24/16, 4/25/16, 12/11/17, 12/5/16, 1/15/18, 4/30/16, 3/16/18, 11/8/16, 11/18/16 | Monte Freeman, Wisconsin Department of Health Services, Wisconsin Department of Justice, MedLiving Academy, Lordan Care AFH, LLC, University of Wisconsin – Green Bay, Concentra Medical Centers | Lordan Care AFH, LLC, Wisconsin Department of Health Services, Lordan Care AFH, LLC, Monte Freeman | Attorney-Client Privilege; Work Product Doctrine |
| BUTTS-000082821 | Employee Documents | Job Application, Tuberculin Skin Test Results, Non-Injury Work Status Report, Background Information Disclosure (BID), Job Description, Service Provider Training Log, Employee Registry, Orientation Training Record | 8/28/18, 10/1/18, 9/28/18, 10/8/18 | Nakia Austin, Concentra Medical Centers, Lordan Care AFH, LLC, University of Wisconsin – Green Bay | Lordan Care AFH, LLC, Nakia Austin, Wisconsin Department of Health Services | Attorney-Client Privilege; Work Product Doctrine |

| BUTTS-000082838 | Employee Documents | Job Application, Background Information Disclosure (BID), Orientation Training Record | 3/9/18 | Nathaniel Smith | Lordan Care AFH, LLC, Wisconsin Department of Health Services | Attorney-Client Privilege; Work Product Doctrine |
|---|---|---|---|---|---|---|
| BUTTS-000082850 | Member/Resident Documents | Member Diagnoses List, Lucas Greenwood Diagnosis, Latqweda Lyons Member Information, Cameron Griffin Individual Service Plan, Janet Visich Member Face Sheet, Ann Belke Member Face Sheet, Amelia Prigge Member Face Sheet, Wayne Meade Member Information, Derrick Russell Member Face Sheet, Devon Winkler Member Face Sheet, Henry Negani Member Information, Randell Tompkins Medical Diagnosis List, Laquita Allen Member Information, Tamra Loomans Residential Face Sheet, Jerry Manning Discharge Documentation, James Bett Member Information, Wesley Borkowski Member Information | 1/8/20, 2/7/14, 5/10/21, 1/16/19, 9/8/20, 6/7/21 | Lordan Care AFH, LLC, Community Care, Inc., MatrixCare, Winnebago Mental Health Institute | Carolyn Mahan, Lordan Care AFH, LLC | Attorney-Client Privilege |
| BUTTS-000082873 | Payroll Documents | Payroll Statements | Mult. | Paychex, Inc. | Lordan Care AFH, LLC, Mult. | Attorney-Client Privilege; Confidential Financial Information |

| BUTTS-000082989 | Payroll Documents | Department Summaries, Employer Liabilities Details, Notices of Automatic Payment, New Hire Rehire Reporting Confirmations, Payroll Statements, Payroll Journals, Shipping Labels, Important Reminders, Cash Requirements | Mult. | Paychex, Inc. | Lordan Care AFH, LLC, Mult. | Attorney-Client Privilege; Confidential Financial Information |
|---|---|---|---|---|---|---|
| BUTTS-000083156 | Payroll Documents | Important Reminders, Cash Requirements, Payroll Statements, Department Summaries, Employer Liabilities Details, Notices of Automatic Payment, New Hire Rehire Reporting Confirmations, Payroll Journals, Shipping Labels | Mult. | Paychex, Inc. | Lordan Care AFH, LLC, Mult. | Attorney-Client Privilege; Confidential Financial Information |
| BUTTS-000083257 | Payroll Documents, Levy Documents, Correspondence, Tax Documents, Circuit Court Printout, Internal Document | Shipping Labels, Important Reminders, Cash Requirements, Payroll Statements, State Levy Plus $40 Fee, Rent Expense – Schedule C Line 20, Department Summaries, Employer Liabilities Details, Notices of Automatic Payment, New Hire Rehire Reporting Confirmations, Payroll Journals, Civil Judgement Details, Internal Document | Mult., 3/5/21, 3/8/21, 1/7/20 | Paychex, Inc., Wisconsin Department of Revenue, Waukesha State Bank, Attorney Robert Teuber, Paul Kasprowicz?, Daniel Grandlich, Wisconsin Circuit Court Access, Lordan Care AFH, LLC | Lordan Care AFH, LLC, Mult., Waukesha State Bank, Phillip Dunn, Lori Butts (aka Lori Banyard) | Attorney-Client Privilege; Work Product Doctrine |

| BUTTS-000083362 | Year to Date Reports | Year to Date Reports | Mult. | Paychex, Inc. | Lordan Care AFH, LLC | Attorney-Client Privilege; Work Product Doctrine |
|---|---|---|---|---|---|---|
| BUTTS-000083366 | Payroll Documents, Tax Form 941 | Outstanding Tax Liabilities, Quarterly Reports, Year to Date Reports, Tax Form 941 | Mult., | Paychex, Inc. | Lordan Care AFH, LLC, Wisconsin Department of Workforce Development, Internal Revenue Service | Attorney-Client Privilege; Confidential Financial Information |
| BUTTS-000083402 | Payment Ledgers | Payments made by Lordan Care AFH, LLC | Mult. | Paul Kasprowicz? | | Attorney-Client Privilege; Work Product Doctrine; Confidential Financial Information |
| BUTTS-000083418 | Employee Documents | Job Application, Things to Remember Policy, Background Information Disclosure (BID) | 1/25/21 | Peter Barr, Lordan Care AFH, LLC | Lordan Care AFH, LLC, Wisconsin Department of Health Services | Attorney-Client Privilege |
| BUTTS-000083432 | Employee Documents | Job Application, Job Description, Employee Handbook Acknowledgement, Orientation Training Record, Employee Attendance Policy, Background Information Disclosure (BID), TB Screening Result | 7/12/21, 12/1/18, 7/9/21 | Philip Isabell, Lordan Care AFH, LLC, Concentra Medical Centers | Lordan Care AFH, LLC, Wisconsin Department of Health Services | Attorney-Client Privilege |

| BUTTS-000083446 | Employee Documents | Job Application, Job Description, Employee Handbook Acknowledgement, Orientation Training Record, Employee Attendance Policy, Background Information Disclosure (BID), TB Screening Result | 7/12/21, 12/1/18, 7/9/21 | Philip Isabell, Lordan Care AFH, LLC, Concentra Medical Centers | Lordan Care AFH, LLC, Wisconsin Department of Health Services | Attorney-Client Privilege |
|---|---|---|---|---|---|---|
| BUTTS-000083470 | Lender Application Form | Paycheck Protection Program Lender Application Form – Paycheck Protection Program Loan Guaranty | | Abid Hasni | Lordan Care AFH, LLC, Small Business Administration | Attorney-Client Privilege; Confidential Financial Information |
| BUTTS-000083472 | Employee Documents | Job Application, Background Information Disclosure (BID), Response to Caregiver Background Check, | 8/27/18, 10/2/18, | Quanetta Taylor, Wisconsin Department of Health Services | Lordan Care AFH, LLC, Wisconsin Department of Health Services | Attorney-Client Privilege |
| BUTTS-000083488 | Payroll Documents, Tax Documents | Quarterly Contribution Reports, Quarterly Wage Reports, Year to Date Reports, Tax Forms 941, Outstanding Tax Liabilities, Quarterly Reports, W-2 Wage and Tax Statements, Tax Form W-3, Tax Form WT-7 | Mult. | Paychex, Inc. | Lordan Care AFH, LLC, Internal Revenue Service, Mult., Wisconsin Department of Revenue | Attorney-Client Privilege; Confidential Financial Information |
| BUTTS-000083626 | Job Application | Job Application | 1/16/20 | Quinteira Miller | Lordan Care AFH, LLC, | Attorney-Client Privilege |

| BUTTS-000083629 | Employee Documents | Job Application, Criminal Background Check, Background Information Disclosure (BID) | 1/31/20, 11/18/19, | Rebecca Robles, Wisconsin Department of Justice | Lordan Care AFH, LLC, Wisconsin Department of Health Services | Attorney-Client Privilege |
|---|---|---|---|---|---|---|
| BUTTS-000083639 | BMO Harris Bank Documents | Reconciliation Summary, Reconciliation Detail, Balance Sheet, Bank Statements | 6/22/16, 5/31/15 | BMO Harris Bank | Lordan Care AFH, LLC | Attorney-Client Privilege; Confidential Financial Information |
| BUTTS-000083649 | BMO Harris Bank Documents | Reconciliation Summaries, Reconciliation Details, Balance Sheets, Bank Statements | 6/21/16, 1/31/14, 2/28/14, 3/31/14, 4/30/14, 5/31/14, 6/30/14, 7/31/14, 8/31/14, 9/30/14, 10/31/14, 11/30/14, 12/31/14 | BMO Harris Bank | Lordan Care AFH, LLC | Attorney-Client Privilege; Confidential Financial Information |
| BUTTS-000083731 | BMO Harris Bank Documents | Reconciliation Summary, Balance Sheet, Bank Statements | 6/21/16, 1/31/15 | BMO Harris Bank | Lordan Care AFH, LLC | Attorney-Client Privilege; Confidential Financial Information |
| BUTTS-000083738 | BMO Harris Bank Documents | Reconciliation Summary, Bank Statements | 6/22/16, 4/30/15 | BMO Harris Bank | Lordan Care AFH, LLC | Attorney-Client Privilege; Confidential Financial Information |
| BUTTS-000083746 | BMO Harris Bank Documents | Reconciliation Summary, Balance Sheet, Bank Statements | 6/22/16, 10/31/15, | BMO Harris Bank | Lordan Care AFH, LLC | Attorney-Client Privilege; Confidential Financial Information |
| BUTTS-000083753 | BMO Harris Bank Documents | Reconciliation Summary, Balance Sheet, Bank Statements | 6/22/16, 11/30/15 | BMO Harris Bank | Lordan Care AFH, LLC | Attorney-Client Privilege; Confidential Financial Information |

| BUTTS-000083762 | BMO Harris Bank Documents | Reconciliation Summary, Reconciliation Detail, Balance Sheet, Bank Statements | 6/22/16, 12/31/15 | BMO Harris Bank | Lordan Care AFH, LLC | Attorney-Client Privilege; Confidential Financial Information |
| --- | --- | --- | --- | --- | --- | --- |
| BUTTS-000083772 | BMO Harris Bank Documents | Reconciliation Summary, Bank Statements | 6/21/16, 2/28/15 | BMO Harris Bank | Lordan Care AFH, LLC | Attorney-Client Privilege; Confidential Financial Information |
| BUTTS-000083779 | BMO Harris Bank Documents | Reconciliation Summary, Balance Sheet, Bank Statements | 6/22/16, 3/31/15 | BMO Harris Bank | Lordan Care AFH, LLC | Attorney-Client Privilege; Confidential Financial Information |
| BUTTS-000083786 | BMO Harris Bank Documents | Reconciliation Summary, Balance Sheet, Bank Statements | 6/22/16, 6/30/15 | BMO Harris Bank | Lordan Care AFH, LLC | Attorney-Client Privilege; Confidential Financial Information |
| BUTTS-000083795 | BMO Harris Bank Documents | Reconciliation Summary, Balance Sheet, Bank Statements | 6/22/16, 7/31/15 | BMO Harris Bank | Lordan Care AFH, LLC | Attorney-Client Privilege; Confidential Financial Information |
| BUTTS-000083801 | BMO Harris Bank Documents | Reconciliation Summary, Balance Sheet, Bank Statements | 6/22/16, 8/31/15 | BMO Harris Bank | Lordan Care AFH, LLC | Attorney-Client Privilege; Confidential Financial Information |
| BUTTS-000083807 | BMO Harris Bank Documents | Reconciliation Summary, Balance Sheet, Bank Statements | 6/22/16, 9/30/15 | BMO Harris Bank | Lordan Care AFH, LLC | Attorney-Client Privilege; Confidential Financial Information |

| BUTTS-000083814 | Employee Documents | Job Application, Background Information Disclosure (BID), Authorization for Examination or Treatment, Job Description, Employee Registry, Service Provider Training Log, Orientation Training Record, Tuberculin Skin Test Results, Non-Injury Work Status Report | 8/29/18, 9/2/18, 9/5/18, 9/3/18, 9/27/18, 9/7/18 | Reva Williams, Wisconsin Department of Justice, Concentra Medical Centers, Lordan Care AFH, LLC, University of Wisconsin – Green Bay | Lordan Care AFH, LLC, Wisconsin Department of Health Services, Reva Williams | Attorney-Client Privilege; Work Product Doctrine |
|---|---|---|---|---|---|---|
| BUTTS-000083831 | Employee Documents | Job Application, Background Check, Response to Caregiver Background Check, Driver License, Background Information Disclosure (BID), Tuberculosis/Mantoux Skin Testing Form, Screening Acknowledgement, Tuberculosis and Communicable Disease Screening Form, Certificates of Completion, Employee Registry, Service Provider Training Log, Orientation Training Record, Training Registry | 4/17/17, 6/20/17, 5/13/15, 5/5/16, 4/27/18, 4/20/17, 9/22/15, 9/24/15, 7/17/18, 5/9/17, 9/23/15 | Robin Bickham, Wisconsin Department of Justice, Wisconsin Department of Health Services, Wisconsin Department of Transportation, Lordan Care AFH, LLC, Froedtert & Medical College of Wisconsin, MedLiving Academy, University of Wisconsin – Green Bay | Lordan Care AFH, LLC, Wisconsin Department of Health Services, Robin Bickham | Attorney-Client Privilege; Work Product Doctrine |

| BUTTS-000083864 | Employee Documents | Job Application, Employee Policies, Random Drug Testing Policy, Orientation Training Record, Employee Registry, Service Provider Training Log, Job Description, Examination Results, Tuberculin Skin Test Results, Background Information Disclosure (BID), Background Check | 7/12/17, 3/7/17, 8/21/17, 7/15/19, 3/3/17, 3/6/17, 7/13/17 | Robin McGowan, Lordan Care AFH, LLC, University of Wisconsin – Green Bay, Concentra Medical Centers, Wisconsin Department of Justice | Lordan Care AFH, LLC, Robin McGowan, Wisconsin Department of Health Services | Attorney-Client Privilege; Work Product Doctrine |
|---|---|---|---|---|---|---|
| BUTTS-000083884 | Employee Documents | Job Application, Tuberculosis & Communicable Disease Screening, Employee Handbook Acknowledgement, Job Description, Employee Attendance Policy, Background Information Disclosure (BID), Orientation Training Record | 12/4/20, 12/3/20, 12/1/18 | Sanchez Harris, Absolute Home Care LLC, Lordan Care AFH, LLC | Lordan Care AFH, LLC, Sanchez Harris, Wisconsin Department of Health Services | Attorney-Client Privilege; Work Product Doctrine |
| BUTTS-000083900 | Employee Documents | Job Application, Background Information Disclosure (BID) | 12/4/20 | Sayveyyon Fonder | Lordan Care AFH, LLC, Wisconsin Department of Health Services | Attorney-Client Privilege |

| BUTTS-000083910 | Employee Documents | Job Application, Background Information Disclosure (BID) | | Shauntea Gardner, | Lordan Care AFH, LLC, Wisconsin Department of Health Services | Attorney-Client Privilege |
|---|---|---|---|---|---|---|
| BUTTS-000083917 | Employee Documents | Job Application, Employee Registry, Background Information Disclosure (BID) | 7/9/19, 9/29/19 | Siara Pitner, University of Wisconsin – Green Bay | Lordan Care AFH, LLC, Wisconsin Department of Health Services | Attorney-Client Privilege |
| BUTTS-000083927 | Job Application | Job Application, Background Information Disclosure (BID), Consent to Testing Form | 6/11/18, 6/13/18, 6/15/18 | Taquilla Reed | Lordan Care AFH, LLC, Wisconsin Department of Health Services | Attorney-Client Privilege |
| BUTTS-000083939 | Waukesha State Bank Documents, Tax Documents, | Correspondence, Tax Forms W-3, Tax Form 944, Screenshot, Wells Fargo IOLTA Wire Transfer Information, Notices of Levy, Levy Funds Received Notice, Tax Form 940 | 3/8/21, 5/18/21, 2/10/21 | Waukesha State Bank, Paychex, Inc., Quarterly Contribution Reports, Lordan Care AFH, LLC, Wagner Falconer & Judd Ltd, Wisconsin Department of Revenue | Lori Butts, Tavis Butts, Lordan Care AFH, LLC, Wisconsin Department of Revenue, Internal Revenue Service | Attorney-Client Privilege; Work Product Doctrine; Confidential Financial Information |
| BUTTS-000083967 | Tax Documents | Tax Forms W-3, Form 944, Quarterly Contribution Reports | | Paychex, Inc. | Lordan Care AFH, LLC, Internal Revenue Service | Attorney-Client Privilege; Work Product Doctrine |
| BUTTS-000083980 | Tax Documents | Tax Form 941, Tax Form 940, Tax Forms 1040, Tax Form 8959 | | Paychex, Inc. | Lordan Care AFH, LLC, Lori Butts (aka Lori Banyard), Internal Revenue | Attorney-Client Privilege; Work Product Doctrine |

| BUTTS-000084017 | Employee Documents | Background Request Payment, Test Results, Job Description, Service Provider Training Log, Employee Registry, Orientation Training Record | 10/2/18, 2/3/17, 8/29/18, 9/27/18 | Lordan Care AFH, LLC, Aurora Health Care, University of Wisconsin – Green Bay | Wisconsin Department of Justice, Quanetta Taylor, Lordan Care AFH, LLC | Attorney-Client Privilege; Work Product Doctrine |
|---|---|---|---|---|---|---|
| BUTTS-000084025 | Employee Documents | Job Application, Background Information Disclosure (BID) | 3/15/21 | Eon Hurt | Lordan Care AFH, LLC, Wisconsin Department of Health Services | Attorney-Client Privilege |
| BUTTS-000084035 | Employee Documents | Job Application, Background Information Disclosure (BID), TB Screening Result | 5/3/21 | Timothy Edwards, Concentra Medical Centers | Lordan Care AFH, LLC, Wisconsin Department of Health Services | Attorney-Client Privilege |
| BUTTS-000084044 | Time Clock Log | Time Clock Log | | TrackSmart | Lordan Care AFH, LLC, Tavis Butts | Attorney-Client Privilege |
| BUTTS-000084057 | Employee Documents | Job Application, Background Information Disclosure (BID), TB Screening Result | 4/12/21, 12/24/20 | Ireana Jones, Concentra Medical Centers | Lordan Care AFH, LLC, Wisconsin Department of Health Services | Attorney-Client Privilege |
| BUTTS-000084067 | Employee Documents | Job Application, Background Information Disclosure (BID) | 1/20/20 | Tyshel Harlow | Lordan Care AFH, LLC, Wisconsin Department of Health Services | Attorney-Client Privilege |
| BUTTS-000084077 | Employee Documents | Job Application, Background Information Disclosure (BID) | | Vicky McAllister | Lordan Care AFH, LLC, Wisconsin Department of Health Services | Attorney-Client Privilege |

| BUTTS-000084087 | Employee Documents | Job Application, Background Information Disclosure (BID) | 3/15/21 | Ramar Washington | Lordan Care AFH, LLC, Wisconsin Department of Health Services | Attorney-Client Privilege |
|---|---|---|---|---|---|---|
| BUTTS-000084099 | Employee Documents | Job Application, Background Information Disclosure (BID), Background Check, Response to Caregiver Background Check, TB Skin Test, Staff Health Report – Licensed Child Care Centers, Service Provider Training Log, Employee Registry, Orientation Training Log, Certificate of Completion | 2/13/18, 8/1/18, 4/25/18, 3/22/18 | Will Strozier, Wisconsin Department of Justice, Wisconsin Department of Health Services, Lordan Care AFH, LLC, University of Wisconsin – Green Bay | Lordan Care AFH, LLC, Wisconsin Department of Health Services | Attorney-Client Privilege; Work Product Doctrine |
| BUTTS-000084127 – BUTTS-000084835 | Employee Time Clock Logs | Lordan Care AFH, LLC Employee Time Clock Logs | Mult. | TrackSmart/ Paychex | Lordan Care AFH, LLC | Attorney-Client Privilege |
| BUTTS-000084880 | Member Authorizations | Authorizations | 4/15/22, 11/30/21 | Community Care, Inc. | Lordan Care AFH, LLC | Attorney-Client Privilege |
| BUTTS-000084886 | Member Authorizations | Authorizations | 7/26/21, 11/16/21, 2/8/22, 9/9/21, | Community Care, Inc. | Lordan Care AFH, LLC | Attorney-Client Privilege |
| BUTTS-000084896 | Member Authorizations | Authorizations | 9/16/21, 7/14/21 | Community Care, Inc. | Lordan Care AFH, LLC | Attorney-Client Privilege |
| BUTTS-000084900 | Member Authorizations | Authorizations | 8/13/18, 2/28/19 | Community Care, Inc. | Lordan Care AFH, LLC | Attorney-Client Privilege |
| BUTTS-000084906 | Member Authorizations | Authorizations | 11/2/18 | Community Care, Inc. | Lordan Care AFH, LLC | Attorney-Client Privilege |

| BUTTS-000084908 | Member Authorizations | Authorizations | 3/8/18 | Community Care, Inc. | Lordan Care AFH, LLC | Attorney-Client Privilege |
|---|---|---|---|---|---|---|
| BUTTS-000084910 | Member Authorizations | Authorizations | 5/3/22, 11/3/21, 10/26/21 | Community Care, Inc. | Lordan Care AFH, LLC | Attorney-Client Privilege |
| BUTTS-000084918 | Member Authorizations | Authorizations | 9/16/19, 3/18/19 | Community Care, Inc. | Lordan Care AFH, LLC | Attorney-Client Privilege |
| BUTTS-000084922 | Member Authorizations | Authorizations | 4/8/21, 3/29/21, 10/2/20, 3/11/20, 3/2/22, 10/26/21, 10/4/19 | Community Care, Inc. | Lordan Care AFH, LLC | Attorney-Client Privilege |
| BUTTS-000084946 | Member Authorizations | Authorizations | 11/25/20, 4/12/22, 3/30/20, 10/12/18, 1/23/19, 3/21/19, 12/17/18, 1/11/20, 11/13/19, 7/30/19, 7/15/19, 7/20/20, 1/11/21, 3/2/21, 7/29/21, 9/9/21, 4/5/22, 1/23/22, 7/20/20, 10/12/18 | Community Care, Inc. | Lordan Care AFH, LLC | Attorney-Client Privilege |
| BUTTS-000085004 | Member Authorizations | Authorizations | 2/25/19 | Community Care, Inc. | Lordan Care AFH, LLC | Attorney-Client Privilege |
| BUTTS-000085006 | Member Authorizations | Authorizations | 9/15/15 | Community Care, Inc. | Lordan Care AFH, LLC | Attorney-Client Privilege |
| BUTTS-000085008 | Member Authorizations | Authorizations | 8/21/19, 8/2/19 | Community Care, Inc. | Lordan Care AFH, LLC | Attorney-Client Privilege |

| BUTTS-000085011 | Member Authorizations | Authorizations | 4/14/21, 3/2/21, 12/5/20, 8/18/20, 7/7/20 | Community Care, Inc. | Lordan Care AFH, LLC | Attorney-Client Privilege |
|---|---|---|---|---|---|---|
| BUTTS-000085026 | Member Authorizations | Authorizations | 3/24/20, 5/21/21, 3/8/21, 1/4/21, 11/4/19, 5/5/20, 6/30/20, 2/7/22, 7/13/21 | Community Care, Inc. | Lordan Care AFH, LLC | Attorney-Client Privilege |
| BUTTS-000085056 | Member Authorizations | Authorizations | 3/19/21, 3/24/22, 9/30/21, 9/14/20 | Community Care, Inc. | Lordan Care AFH, LLC | Attorney-Client Privilege |
| BUTTS-000085066 | Member Authorizations | Authorizations | 3/24/16 | Community Care, Inc. | Lordan Care AFH, LLC | Attorney-Client Privilege |
| BUTTS-000085069 | Member Authorizations | Authorizations | 6/7/21 | Community Care, Inc. | Lordan Care AFH, LLC | Attorney-Client Privilege |
| BUTTS-000085072 | Member Authorizations | Authorizations | 7/2/21, 11/16/20, 5/29/21, 1/17/19, 3/6/19, 8/19/19, 11/14/19, 1/21/20, 3/10/20, 7/14/20, 5/21/20, 11/16/20, 7/24/20 | Community Care, Inc. | Lordan Care AFH, LLC | Attorney-Client Privilege |
| BUTTS-000085115 | Member Authorizations | Authorizations | 1/20/21, 2/10/21, 8/27/20, 6/11/20, 5/4/20 | Community Care, Inc. | Lordan Care AFH, LLC | Attorney-Client Privilege |
| BUTTS-000085133 | Member Authorizations | Authorizations | 3/26/21, 9/23/20, 10/29/21, 5/4/21, 3/23/20 | Community Care, Inc. | Lordan Care AFH, LLC | Attorney-Client Privilege |

| BUTTS-000085148 | Member Authorizations | Authorizations | 9/17/21, 8/3/21, 3/31/21, 1/5/21, 12/21/20, 6/30/20, 2/21/20, 12/13/19, 2/3/22, 10/28/21, 9/16/19, 6/28/19, 5/31/19, 12/18/18, 10/11/18, 9/25/18, 6/22/18, 7/12/18, 3/7/18 | Community Care, Inc. | Lordan Care AFH, LLC | Attorney-Client Privilege |
|---|---|---|---|---|---|---|
| BUTTS-000085200 | Typed Notes | Employee List | | Lordan Care AFH, LLC | | Attorney-Client Privilege; Work Product Doctrine |
| BUTTS-000085205 | Member Authorizations | Authorizations | 10/9/18, 7/26/19, 1/31/19, 9/15/21, 2/3/22, 1/31/20, 7/9/20, 3/25/21, 7/28/21 | Community Care, Inc. | Lordan Care AFH, LLC | Attorney-Client Privilege |
| BUTTS-000085221 | Member Authorizations | Authorizations | 3/19/19, 9/16/19 | Community Care, Inc. | Lordan Care AFH, LLC | Attorney-Client Privilege |
| BUTTS-000085225 | Member Authorizations | Authorizations | 8/14/18 | Community Care, Inc. | Lordan Care AFH, LLC | Attorney-Client Privilege |
| BUTTS-000085227 | Member Authorizations | Authorizations | 10/20/19, 4/16/19, 10/29/18 | Community Care, Inc. | Lordan Care AFH, LLC | Attorney-Client Privilege |
| BUTTS-000085230 | Member Authorizations | Authorizations | 3/17/18, 8/24/18 | Community Care, Inc. | Lordan Care AFH, LLC | Attorney-Client Privilege |

| BUTTS-000085232 | Member Authorizations | Authorizations | 4/2/20 | Community Care, Inc. | Lordan Care AFH, LLC | Attorney-Client Privilege |
|---|---|---|---|---|---|---|
| BUTTS-000085234 | Member Authorizations | Authorizations | 10/11/19, 1/15/19, 12/3/21, 4/22/22, 12/3/21, 11/25/20, 6/12/20, 3/2/21, 10/16/20, 6/28/21, 4/29/21, 6/3/19, 4/1/19, 4/23/20, 1/27/20, 10/31/19 | Community Care, Inc. | Lordan Care AFH, LLC | Attorney-Client Privilege |
| BUTTS-000085282 | Typed Notes | Resident Diagnoses | | Lordan Care AFH, LLC | | Attorney-Client Privilege |
| BUTTS-000085288 | Member Authorizations | Authorizations | 3/2/19 | Community Care, Inc. | Lordan Care AFH, LLC | Attorney-Client Privilege |
| BUTTS-000085290 | Member Authorizations | Authorizations | 1/11/22, 3/11/22 | Community Care, Inc. | Lordan Care AFH, LLC | Attorney-Client Privilege |
| BUTTS-000085294 | Member Authorizations | Authorizations | 3/3/20, 11/18/19 | Community Care, Inc. | Lordan Care AFH, LLC | Attorney-Client Privilege |
| BUTTS-000085298 | Correspondence | Employee Information | 5/13/22 | Lori Butts | Matthew Krueger, Paul Kasprowicz, Unted States Attorney's Office | Attorney-Client Privilege; Work Product Doctrine |
| BUTTS-000085299 | Member Authorizations | Authorizations | 5/9/16, 3/30/22, 3/23/20, 9/27/19, 9/28/18, 4/10/19, 9/7/21, 9/24/20, 3/23/21 | Community Care, Inc. | Lordan Care AFH, LLC | Attorney-Client Privilege |
| BUTTS-000085319 | Member Authorizations | Authorizations | 3/8/21, 1/6/22, 4/25/22, 5/24/21, | Community Care, Inc. | Lordan Care AFH, LLC | Attorney-Client Privilege |

| | | | 7/7/21, 7/1/20, 1/7/21, 7/11/19, 1/6/20, 7/8/18, 1/4/19 | | | |
|---|---|---|---|---|---|---|
| BUTTS-000085359 | Member Authorizations | Authorizations | 4/22/22, 3/29/22 | Community Care, Inc. | Lordan Care AFH, LLC | Attorney-Client Privilege |
| BUTTS-000085361 | Member Authorizations | Authorizations | 4/22/22 | Community Care, Inc. | Lordan Care AFH, LLC | Attorney-Client Privilege |

Dated this 12th day of March, 2025.

Respectfully submitted,

GIMBEL, REILLY, GUERIN & BROWN LLP

By: */s/ Nicole M. Masnica*
    NICOLE M. MASNICA
    State Bar No. 1079819
    Email: nmasnica@grgblaw.com
    Attorney for Defendant

POST OFFICE ADDRESS:

330 East Kilbourn Avenue, Suite 1170
Milwaukee, Wisconsin 53202
Telephone: 414/271-1440