UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        *Plaintiff,*          Case No. 24-CR-124

vs.

LORI BUTTS,

        *Defendant.*

## NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT LORI BUTTS & MOTION TO ADJOURN TRIAL

Please take notice that Gimbel, Reilly, Guerin & Brown LLP, by Attorney Nicole M. Masnica, will move the court, the Honorable J.P. Stadtmueller, U.S. District Judge presiding, at the final pretrial conference set for January 6, 2026, at 8:30 a.m., or at such other time as the court directs, so that counsel can be heard on this motion for an order allowing Gimbel, Reilly, Guerin & Brown LLP to withdraw as counsel for defendant, Lori Butts, for good cause shown, as well as for an order adjourning the jury trial in this matter, for the reasons set forth below:

1. Gimbel, Reilly, Guerin & Brown LLP was retained by Ms. Butts to represent her in connection with the above-captioned matter, on June 15, 2023. At that time, the representation was handled by Attorney Kristen Nelson, who has since left the firm and is now practicing at von Briesen & Roper, s.c.

2. As the matter progressed from a subpoena request to a potential criminal matter, undersigned counsel became involved in the case. After the indictment was

issued, counsel obtained a significant amount of discovery from the government, reviewed and sorted the discovery, and researched potential defenses and issues for pretrial motions. Undersigned counsel also personally met or conferred with the prosecutors on several occasions to discuss this matter.

3. On March 21, 2025, Ms. Butts, by undersigned counsel, filed a motion to exclude testimony of Ms. Butts's former attorney and accountant, Paul Kasprowicz, and all derivative evidence obtained as a result of the disclosure of privileged communications between Ms. Butts and her attorney. (ECF No. 19).

4. On April 9, 2025, the government filed a Response to the Defendant's Motion to Exclude. (ECF No. 24).

5. On April 25, 2025, Ms. Butts, by undersigned counsel, filed a Reply to the government's Response to the Motion to Exclude. (ECF No. 27).

6. On May 22, 2025, U.S. Magistrate Judge Dries issued a Report and Recommendation on Ms. Butts's Motion to Exclude, recommending that the motion be denied without a hearing. (ECF No. 28). Undersigned counsel filed a timely Objection to Magistrate Judge Dries's Report and Recommendation on June 5, 2025. (ECF No. 29).

7. On October 27, 2025, the Court issued an Order adopting Magistrate Judge Dries's Report and Recommendation, overruling Ms. Butts's objections, and denying the motion to exclude testimony and all derivative evidence in its entirety. (ECF No. 32).

8. On November 4, 2025, the government conveyed a proposed plea agreement to Ms. Butts. At the time of receipt of that offer, counsel indicated that it would meet with Ms. Butts to convey the offer but was to be in trial in the Eastern District of Wisconsin on a different health care fraud matter from November 10th through the 21st, 2025. That trial resolved on November 21, 2025, with a jury verdict.

9. On November 17, 2025, while counsel was in trial, the Court issued a Trial Scheduling Order (ECF No. 35), which indicated that the jury trial in the above captioned matter is to commence on January 12, 2026, at 8:30 a.m. The Order also indicated that a final pretrial conference is to be held before the Court on January 6, 2026, at 8:30 a.m.

10. On today's date, counsel met with Ms. Butts to discuss the new plea offer from the government and Ms. Butts indicated that she did not wish to accept the plea agreement but also did not have the ability to continue to pay for private counsel to represent her at trial. Ms. Butts has been financially unable to fulfill the terms of the retainer agreement that she signed with counsel's law firm, as there is a substantial outstanding bill and her income source, the operation of group homes, was cut off as a result of the filing of the indictment. While Ms. Butts's home is on the market, she engaged in an escrow agreement with the government to put all proceeds from a potential sale in a holding account until the resolution of this case. There is also a substantial Wisconsin tax warrant lien on the property.

11. Counsel referred Ms. Butts to the federal defender's office for evaluation at today's meeting and immediately contacted the government to obtain its position on withdrawal as counsel.

12. Undersigned counsel believes that, if the Court were to permit counsel to withdraw, Ms. Butts will be eligible for representation by Federal Defender Services of Wisconsin.

13. Undersigned counsel reached out to Assistant United States Attorney Carter Stewart on November 25, 2025, and Attorney Stewart indicated to counsel that the government does not oppose counsel's motion to withdraw as counsel.

14. Given that counsel requests to withdraw from Ms. Butts's matter and that the jury trial is set to commence in January 2026, undersigned counsel preemptively requests that the Court adjourn the trial to accommodate new counsel and the government joins in this request given the complex nature of the case.

15. Undersigned counsel believes that good cause exists for the adjournment of the trial in this matter given the significant preparation that would be required to prepare for trial in this matter. The discovery includes hundreds of thousands of pages of documents, as well as a substantial amount of digital discovery.

16. Accordingly, for the reasons set forth above, counsel for Ms. Butts respectfully requests that the Court grant the motion to withdraw, as well as the preemptive motion to adjourn the jury trial in this matter to allow for successor counsel to effectively prepare for trial.

Dated this 25th day of November, 2025.

                        Respectfully submitted,

                        GIMBEL, REILLY, GUERIN & BROWN LLP

                        By: *Electronically Signed by Nicole Masnica*
                            NICOLE M. MASNICA
                            State Bar No. 1079819
                            Email: nmasnica@grgblaw.com
                        Attorney for Defendant

POST OFFICE ADDRESS:

Two Plaza East, Suite 1170
330 East Kilbourn Avenue
Milwaukee, Wisconsin 53202
Telephone: 414/271-1440