# UNITED STATES DISTRICT COURT
for the

Eastern District of Wisconsin

| United States | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-cr-124 |
| Lori Butts | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court.  I appear in this case from the FDSW, Inc. as counsel for:

Lori Butts                                                      .

Date:  12/04/2025

/s/ Gabriela Leija
*Attorney's signature*

Gabriela Leija, Wis. Bar 1088023
*Printed name and bar number*

Federal Defender Services of Wisconsin, Inc.
411 East Wisconsin Avenue, Suite 2310
Milwaukee, WI  53202
*Address*

gabriela_leija@fd.org
*E-mail address*

(414) 221-9900
*Telephone number*

(414) 221-9901
*FAX number*