UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        *Plaintiff,*

        *vs.*                                  Case No. 24-CR-124

LORI BUTTS,

        *Defendant*.

**UNOPPOSED MOTION TO ADJOURN STATUS HEARING**

Lori Butts, by undersigned counsel, hereby moves this Court for an adjournment of the status hearing from January 6, 2026, at 8:30 a.m., to January 12, 2026, at 8:30 a.m.

This hearing was originally scheduled as a final pretrial conference but was converted to an in-person status hearing after Ms. Butts' former counsel moved to withdraw, and undersigned counsel was appointed.

Ms. Butts respectfully requests this adjournment in light of a medical procedure that Ms. Butts has scheduled for January 6, 2025. Ms. Butts scheduled this procedure for January 6, 2026, after an urgent medical matter that occurred on December 15, 2025. Ms. Butts was unaware of the required in-person appearance for the scheduled status hearing when the procedure was scheduled. Further, Ms. Butts is not on pretrial supervision; her former attorney did not inform Ms. Butts of the scheduled pretrial conference and only instructed Ms. Butts to appear in court for trial on January 12, 2026; and regrettably,

*Federal Defender Services*
*of Wisconsin, Inc.*

undersigned counsel did not confirm with Ms. Butts that she was required to appear on January 6, 2025.

Undersigned counsel communicated with Assistant United States Attorney Kevin Knight, who indicated the government does not oppose this request.

Ms. Butts, undersigned counsel, and the government are all available to appear on January 12, 2026, at 8:30 a.m. for an in-person status hearing. For these reasons, Ms. Butts respectfully asks that the Court grant this motion and adjourn the scheduled status hearing to January 12, 2026, at 8:30 a.m. Ms. Butts further requests that the Court make a finding under 18 USC § 3161(h)(1)(7)(a), that the ends of justice served by the adjournment outweigh the best interests of the defendant and the public in a speedy trial.

Dated at Milwaukee, Wisconsin, this 5th day of January, 2026.

Respectfully submitted,

/s/  *Gabriela A. Leija*
Gabriela A. Leija, WI Bar #1088023
Federal Defender Services
  of Wisconsin, Inc.
411 E. Wisconsin Avenue, Suite 2310
Milwaukee, WI 53202
Tel. (414) 221-9900
Email: gabriela_leija@fd.org

*Counsel for Defendant*, Lori Butts

2