UNITED STATES OF AMERICA,

      *Plaintiff,*

      *vs.*                          Case No. 24-CR-124

LORI BUTTS,

      *Defendant.*

**UNOPPOSED MOTION TO ADJOURN THE SENTENCING HEARING**

Lori Butts, by undersigned counsel, respectfully moves this Court for an adjournment of the sentencing hearing scheduled for May 21, 2026, to allow the parties to reach an agreement and understanding of restitution, allow the defense to conduct necessary investigation and records requests to prepare for sentencing, and provide the U.S. Probation Office with complete and accurate information for the presentence report (PSR). Should the Court grant the parties an adjournment of the sentencing hearing, the parties confirmed with the Court's chambers and the U.S. Probation Office that a sentencing hearing on July 17, 2026, at 1:00 p.m. would not present any conflict.

Considering the goals the parties are seeking to accomplish with the additional time requested by this motion, Ms. Butts further requests that the Court modify the PSR disclosure deadline to the adjournment.

*Federal Defender Services
of Wisconsin, Inc.*

Assistant United States Attorney Carter Stewart is unopposed to this motion.

For these reasons, Ms. Butts respectfully asks that the Court grant this motion and adjourn the sentencing hearing in this matter to July 17, 2026, at 1:00 p.m.

Dated at Milwaukee, Wisconsin, this 10th day of April, 2026.

Respectfully submitted,

/s/ *Gabriela A. Leija*
Gabriela A. Leija, WI Bar #1088023
Federal Defender Services
  of Wisconsin, Inc.
411 E. Wisconsin Avenue, Suite 2310
Milwaukee, WI 53202
Tel. (414) 221-9900
Email: gabriela_leija@fd.org

*Counsel for Defendant*, Lori Butts

2

*Federal Defender Services*
*of Wisconsin, Inc.*