UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    *Plaintiff,*

   *vs.*           Case No. 24-CR-124

LORI BUTTS,

    *Defendant.*

## UNOPPOSED MOTION TO ADJOURN THE SENTENCING HEARING

Lori Butts, by undersigned counsel, respectfully moves this Court for an adjournment of the sentencing hearing from July 17, 2026, to August 28, 2026. Two grounds support this request: the parties need additional time to resolve a disputed restitution figure, and Ms. Butts needs time to complete the sale of her home so that proceeds can be applied to outstanding government liens before the property is lost to foreclosure. The government and USPO are unopposed.

This case involves a health care fraud offense in which Ms. Butts billed the government for residential care on both a monthly and hourly basis. The government's restitution estimate of approximately $1.2 million is based on a conversion of hours billed to payroll hours. That methodology does not appear to account for the fact that different billing codes carry different rates. This distinction, applied across the relevant time frame and volume of hours, may produce a substantially different restitution figure.

Undersigned counsel retained an expert to review the government's calculation and help the parties reach an agreement on restitution.

The parties have been working together and are optimistic that they can reach an agreement on restitution for the Court. To that end, AUSA Carter Stewart has provided various materials for the defense expert's review and has remained in contact with counsel to address clarifications as needed. On June 8, 2026, the parties briefly conferred to discuss the defense expert's review and findings and agreed to schedule a time for the parties (including the defense expert and government's accounting team) to discuss the defense's concerns. After accommodating schedules, the parties agreed to meet on June 25, 2026, to exchange information and discuss possible resolutions for any disputes.

Additionally, Ms. Butts is selling her home to address case-related debts, including IRS liens. Rather than allow the property to proceed to foreclosure, she has been actively working with counsel to clear the title and ensure the sale proceeds are applied to her outstanding federal and state tax obligations. Unexpected delays in communication with the IRS have slowed efforts to reach agreement on a reduced lien amount, making additional time necessary.

After discussing the matter at length, the parties determined that a sentencing hearing scheduled for the week of August 27, 2026, would accommodate a timely PSR disclosure deadline, a typical objection deadline schedule, and the parties scheduled leave or time away from the office. Should the Court grant the adjournment request, the

2

*Federal Defender Services*
*of Wisconsin, Inc.*

parties confirmed with the Court's chambers that a sentencing hearing on August 28, 2026, at 10:00 a.m. would not present a scheduling conflict for the Court.

For these reasons, Ms. Butts respectfully asks that the Court grant this motion and adjourn the sentencing hearing to August 28, 2026, at 10:00 a.m.

Dated at Milwaukee, Wisconsin, this 15th day of June, 2026.

Respectfully submitted,

/s/  *Gabriela A. Leija*
Gabriela A. Leija, WI Bar #1088023
Federal Defender Services
  of Wisconsin, Inc.
411 E. Wisconsin Avenue, Suite 2310
Milwaukee, WI 53202
Tel. (414) 221-9900
Email: gabriela_leija@fd.org

*Counsel for Defendant*, Lori Butts

3

*Federal Defender Services*
*of Wisconsin, Inc.*