UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

Plaintiff,

v. Case No. 24-CR-124

LORI BUTTS,
a/k/a LORI BANYARD

Defendant.

---

**UNITED STATES' MOTION TO DISMISS PROPERTY FROM THE FORFEITURE NOTICE OF THE INDICTMENT**

---

The United States of America, by its attorney, Carter B. Stewart, Assistant United States Attorney for the Eastern District of Wisconsin, hereby moves, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, to dismiss the residence located at 105 Legend Way, Wales, Wisconsin from the forfeiture notice of the Indictment filed on June 25, 2024.

I have been informed that the above-listed property has very little equity. Therefore, it is no longer necessary to pursue the judicial forfeiture of this item.

Dated at Milwaukee, Wisconsin, this 11th day of August, 2026.

By: *s/Carter B. Stewart*
CARTER B. STEWART
Assistant United States Attorney
Bar Number: 1117543
Attorney for Plaintiff
Office of the United States Attorney
Eastern District of Wisconsin
517 East Wisconsin Avenue, Room 530
Milwaukee, WI 53202
Telephone: (414) 297-1700
Fax: (414) 297-1738
E-Mail: carter.stewart@usdoj.gov