**FEDERAL DEFENDER SERVICES OF WISCONSIN, INC.**
LEGAL COUNSEL

Craig W. Albee, Federal Defender
Krista A. Halla-Valdes, First Assistant

Guy Cardamone, Madison Supervisor
John W. Campion
Alexandra Douglas
Ramuel R. Figueroa
Matthew Giesfeldt
Jonathan Greenberg
Gabriela A. Leija
Julie K. Linnen
Colin McGinn
Dennise Moreno
Tom Phillip
Elena Schultz
Alex Vlisides

411 East Wisconsin Avenue
Suite 2310
Milwaukee, Wisconsin 53202

Telephone 414-221-9900
Facsimile 414-221-9901

September 3, 2026

Honorable J.P. Stadtmueller
United States District Court
Eastern District of Wisconsin
517 East Wisconsin Ave.
Milwaukee, WI 53202

Re: *United States v. Lori Butts*
Case no. 24-cr-124

Dear Judge Stadtmueller,

On August 28, 2026, the Court issued a text-only Order requiring Ms. Butts to submit under seal, by September 3, 2026, a diagnosis or report substantiating her condition, signed by her treating physician. This letter provides what counsel has learned about Ms. Butts' condition and will file an After Visit Summary from Aurora Health Care under seal. Counsel requests a short extension to file a diagnosis or report signed by her treating physician, from today to September 8, 2026.

On August 26, 2026, Ms. Butts was admitted to Aurora Medical Center Summit for what physicians initially assessed as a soft-tissue infection. Ms. Butts was treated with intravenous antibiotics, but the infection did not respond.

On Friday, August 28, 2026, medical imaging revealed a deep abscess requiring surgical intervention. That day, Ms. Butts underwent surgery to drain the abscess and remained

hospitalized until August 31. Because of the nature of the infection, the surgical wound could not be closed with stitches. It must heal gradually from the inside out in a process that may take four to eight weeks.

Ms. Butts' post-operative care is demanding and ongoing. The open wound requires dressing changes at least twice daily to address ongoing drainage and because of a high bacterial contamination risk. These dressing changes are time consuming, difficult to manage independently, and extremely painful, which is the reason for the prescribed pain medication. In addition, Ms. Butts remains on two antibiotics. Ms. Butts experiences nausea and vomiting because of her prescribed medication. And the location of her wound makes sitting, driving, and prolonged standing uncomfortable.

Her surgical follow-up will determine whether the wound is healing properly or whether an additional procedure will be required. Her initial follow-up appointment with her surgeon is on Friday, September 4, 2026.

Undersigned counsel is in the process of obtaining detailed medical records of Ms. Butts' surgical procedure and treatment, as well as a letter signed by her treating physician. In the meantime, however, counsel was able to obtain a copy of Ms. Butts' After Visit Summary confirming her hospital admission between August 26, 2026, and August 31, 2026; her prescribed medication; and follow-up care requirements.

Undersigned counsel respectfully requests that the Court grant a short extension from Thursday, September 3, 2026, to Tuesday, September 8, 2026,[1] to file a signed letter from Ms. Butts' surgeon describing her condition and required care going forward.[2]

Sincerely,

***/s/ Gabriela A. Leija***

---

[1] Monday, September 7, 2026, is a legal federal holiday and undersigned counsel will be on leave.

[2] Undersigned counsel has asked Ms. Butts to obtain a signed letter from her surgeon, Dr. Thomas Derrig, whom she is scheduled to meet on Friday, September 4, 2026.