UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

*Plaintiff*,

vs. — Case No. 24-cr-124

LORI BUTTS,

*Defendant*.

---

**MOTION TO SEAL**

Lori Butts, by counsel, and pursuant to General Local Rule 79(d), respectfully requests that the Court file and maintain under seal a letter and medical records filed on today's date. The grounds for this request is that the documents contain sensitive and confidential medical information.

Dated at Milwaukee, Wisconsin, this 11th day of September, 2026.

Respectfully submitted,

/s/ *Gabriela A. Leija*
Gabriela A. Leija, WI Bar #1088023
FEDERAL DEFENDER SERVICES
OF WISCONSIN, INC.
411 E. Wisconsin Avenue, Suite 2310
Milwaukee, WI 53202
Tel. (414) 221-9900
E-mail: gabriela_leija@fd.org

*Counsel for Defendant*, Lori Butts