# COURT MINUTES OF SENTENCING HEARING

---

UNITED STATES of AMERICA,

v. CASE NO. 24-CR-124-JPS

LORI BUTTS.

---

## HON. J. P. STADTMUELLER PRESIDING

DATE: October 22, 2026 TIME SCHEDULED: 8:30 a.m.

COURT DEPUTY/CLERK: Anna Watson TIME CALLED: 8:30 a.m.

COURT REPORTER: Tom Malkiewicz TIME FINISHED: 9:45 a.m.

GOVERNMENT BY: Carter Bryan Stewart

DEFENDANT BY: Gabriela A. Leija

PROBATION BY: Jennifer M. Garstka

---

Notes:

8:30 Appearances; Court puts background of case on record, including Defendant's having pled guilty to Count Eight of the Indictment; Court notes it has reviewed revised presentence report

8:32 Parties have reviewed revised presentence report and have no objections to the facts as stated therein; Court therefore adopts the facts as stated in the revised presentence report

8:33 Court notes applicable Guidelines:

Total Offense Level: 19
Criminal History Category: I
30 to 37 months imprisonment
Not more than 3 years supervised release
$10,000 to $100,000 fine
$1,253,920.47 restitution
$100 special assessment

8:34 Parties accept these guidelines; Court will adopt for purposes of considering Defendant's sentence

8:37 Defendant's attorney makes a statement on Defendant's behalf; requests sentence of 5 years probation, with restitution payments starting immediately, in the alternative not more than 1 year and a day of imprisonment, with a surrender date of November 30, 2026

8:51 Defendant makes a statement on her own behalf

9:06 Government makes a statement; requests sentence of 37 months

9:16 Defendant's attorney makes response

9:19 Court notes that it previously circulated proposed conditions of supervised release; parties have reviewed them and have no objections thereto

9:20 Court discusses statements of the parties, facts of the case, and facts as presented in revised presentence report

9:38 Court imposes the following formal sentence:

28 months of imprisonment as to Count Eight
3 years of supervised release as to Count Eight
Fine is waived
$100.00 special assessment
$1,253,920.47 restitution
Recommends incarceration at facility most near to the Eastern District of Wisconsin
Defendant remains on bond and will voluntarily surrender on or after November 30, 2026
Interest on restitution is waved
Counts 1–7 and 9–16 will stand to be dismissed

9:43 Court advises Defendant of her right of appeal

9:44 Court advises Defense counsel of obligation to confer with Defendant regarding appeal; notes that should Defendant choose to forego an appeal, Defense counsel shall file a letter on the docket, signed by Defendant, stating that she has decided to forego an appeal

9:45 Parties have nothing further to address

9:45 Court stands in recess